# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2008

137029 & (18)(19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

EDWARD JOSEPH PETERSMARCK, JR.,
        Defendant-Appellant.

SC: 137029
COA: 286301
Livingston CC: 08-0171540-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 24, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2008

_____
Clerk

t0822